# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOIS L. REARICK,<br>    Plaintiff<br><br>v.<br><br>CLEARWATER 2008 NOTE<br>PROGRAM, LLC,<br>    Defendant | :<br>:<br>:   No. 4:15-cv-02265<br>:<br>:   (Judge Kane)<br>:<br>:<br>:<br>: |

## **ORDER**

**AND NOW**, on this 31st day of May 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** the renewed petition to compel arbitration and motion to dismiss or, alternatively, motion to stay, filed by Defendant Clearwater 2008 Note Program, LLC (Doc. No. 16), is **GRANTED**. The Clerk is directed to **CLOSE** this case.

 

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania